an amount to be determined.

      7.      The Motion for Summary Judgment of the Plaintiff [Docket No. 33] is denied, as moot.

      LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  January 22, 2008                          s/Patrick J. Schiltz
                                                            Patrick J. Schiltz
                                                            United States District Judge